## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sara Boykin,                                    Case No. 23-cv-02048-JWB-ECW

                    Plaintiff,

        v.                                              **ORDER**

project44, Inc.,

                    Defendant.

        This case is before the Court on the Stipulation to Extend the Dispositive Motions

and Setting a Trial Date (Dkt. 43).  Having considered the Stipulation and for good cause

shown, **IT IS ORDERED** that the Amended Pretrial Scheduling Order dated August 5,

2024 (Dkt. 25) is amended as follows:

1.   The dispositive motion deadline is extended from March 10, 2025, to **April 17, 2025**; and

2.   A jury trial will be held on or about **October 1, 2025**, and the anticipated length of trial is 5 days.

Dated: March 4, 2025

                                _s/Elizabeth Cowan Wright_
                                ELIZABETH COWAN WRIGHT
                                United States Magistrate Judge