UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sara Boykin,<br><br>       Plaintiff,<br><br>v.<br><br>project44, Inc.,<br><br>       Defendant. | Court File No. 0:23-cv-02048-JWB-ECW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Sara Boykin and Defendant project44, Inc. (collectively, the "Parties"), through their counsel, hereby stipulate that the above-captioned matter be dismissed in its entirety, with prejudice and on the merits, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 14, 2025

*/s/ Develyn J. Mistriotti*
Holly M. Robbins, Bar No. 260381
hrobbins@littler.com
Develyn J. Mistriotti, Bar No. 0403684
dmistriotti@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000
Facsimile: 612.630.9626

Attorneys for Defendant project44, Inc.

Dated: May 14, 2025

*/s/ Barbara Podlucky Berens* *(signed with permission)*
Barbara Podlucky Berens, Bar No. 0209788
bberens@berensmiller.com
BERENS & MILLER, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:(612) 349-6171

Attorneys for Plaintiff Sara Boykin

4907-7975-3264.1