## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Sara Boykin, | Civ. No. 23-2048 (JWB/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| project44, Inc., | |
| Defendant. | |

The plaintiff and project44, Inc. have filed a Stipulation of Dismissal (Doc. No. 47). Based on that Stipulation, project44, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**

Dated: May 19, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Court Judge